**Fill in this information to identify the case:**

Debtor name    **Simply, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **22-22242**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2022**           *X* **/s/ Reinier Voigt**
                                            Signature of individual signing on behalf of debtor

                                            **Reinier Voigt**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Simply, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) **22-22242**

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................    $              0.00

  1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................    $       1,202,307.02

  1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................    $       1,202,307.02

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       3,962,061.26

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $              0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      10,276,899.39

4.    Total liabilities ...................................................................................
      Lines 2 + 3a + 3b                                                                                         $      14,238,960.65

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Simply, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **22-22242**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Letter of Credit in favor of Apple, Inc.** | **2829** | $250,002.12 |
| 3.2. | **Silicon Valley Bank** | **Letter of Credit** | **2987** | $5,008.53 |
| 3.3. | **Silicon Valley Bank** | **Checking** | **7681** | $100,224.66 |
| 3.4. | **City National Bank of Florida** | **Checking** | **6043** | $4,786.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $360,021.31 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Simply, Inc.**
_____   Case number *(If known)* **22-22242**
Name

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Lease security deposit with Skyhouse for corporate apartment (308 W. North Temple, Salt Lake City, UT)**   $500.00

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.   **OTC Annual Fee for 1/1/2022 to 12/31/2022**   $13,650.00

8.2.   **RR Donnelley software license for quarterly public filing tools**   $2,155.00

8.3.   **Steinbrenner racecar marketing sponsorship for 1/1/2022 to 12/31/2023**   $464,332.65

8.4.   **Heffernan Insurance - Crime Policy (9/20/21 - 9/20/22)**   $3,334.25

8.5.   **Heffernan Insurance - Cyber Policy (11/12/21 - 9/20/22)**   $12,951.75

8.6.   **CNA - Property & Liability Insurance (9/20/21 - 9/20/22)**   $52,824.06

8.7.   **Lloyds of London - Directors & Officers Insurance (6/8/22 - 6/7/23)**   $292,538.00

**9.**   **Total of Part 2.**   $842,285.71
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**   **Accounts receivable**

11b. Over 90 days old:   **32,161.00** - **32,161.00** =....   $0.00
face amount   doubtful or uncollectible accounts

**12.**   **Total of Part 3.**   $0.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Simply, Inc.** | Case number *(if known)* **22-22242** |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**      **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:

| | | | % of ownership | | | |
|---|---|---|---|---|---|---|
| 15.1. | Simply Mac, Inc. | **100** | % | | | **Unknown** |
| 15.2. | Cooltech Corp. | **100** | % | | | **$0.00** |
| 15.3. | Cooltech Holding, Inc. | **100** | % | | | **$0.00** |
| 15.4. | InfoSonics de Mexico | **100** | % | | | **$0.00** |
| 15.5. | InfoSonics de Panama | **100** | % | | | **$0.00** |

**16.**      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**      **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

**$0.00**

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Simply, Inc.** | | Case number *(If known)* **22-22242** |
|---|---|---|---|
| | Name | | |

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **simplymac.com** | **$0.00** | **Tax records** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Simply Mac trade name** | **$1,241,000.00** | **Tax records** | **Unknown** |
| 65. **Goodwill** **Goodwill** | **$0.00** | **Tax records** | **Unknown** |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Simply, Inc.** | Case number *(If known)* | **22-22242** |
|---|---|---|---|
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Unused Federal NOLs of $37.7M (FYE 1/29/2022)** | Tax year **2021** | **Unknown** |
|---|---|---|
| **Unused State NOLS of $14.9M (FYE 1/29/2022)** | Tax year **2021** | **Unknown** |

**73.** **Interests in insurance policies or annuities**

| **Heffernan Insurance - Crime Policy (9/20/2021 - 9/20/2022)** | **Unknown** |
|---|---|
| **Heffernan Insurance - Cyber Policy (11/21/2021 - 9/20/2022)** | **Unknown** |
| **CNA - Property & Liability Insurance (9/20/2021 - 9/20/2022)** | **Unknown** |
| **LLoyds of London - Directors & Officers Insurance (6/8/2022 - 6/7/2023)** | **Unknown** |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Short-swing profit disgorgement claim pursuant to Section 16(b) of Securities Exchange Act of 1934 against SOL Global Investments. Simply, Inc. is nominal defendant and could be realigned as plaintiff.**

| **Nature of claim** | **Unliquidated** | **Unknown** |
|---|---|---|
| **Amount requested** | **$1,917,805.00** | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Simply, Inc.** | Case number *(If known)* | **22-22242** |
|--------|------------------|--------------------------|--------------|
|        | Name             |                          |              |

■ No
☐ Yes

Debtor  **Simply, Inc.**
Name

Case number *(If known)* **22-22242**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $360,021.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $842,285.71 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,202,307.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,202,307.02 |

**Fill in this information to identify the case:**

Debtor name      **Simply, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **22-22242**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

| 2.1 | **First Insurance Funding** | Describe debtor's property that is subject to a lien | $248,657.30 | Unknown |
|---|---|---|---|---|

Creditor's Name

**450 Skokie Blvd. Ste. 1000
Northbrook, IL 60062-3709**

Creditor's mailing address

**Financed D&O insurance policies (aggregate limit of $5 million) and premiums and proceeds therefrom**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**6/6/2022**

Last 4 digits of account number
**6918**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ingram Micro Inc.** | Describe debtor's property that is subject to a lien | $3,376,562.27 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1759 Wehrle Drive
Williamsville, NY 14221**

Creditor's mailing address

**Blanket Lien**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**pamela.fournier@ingrammicro.com**

Creditor's email address, if known

Date debt was incurred
**Feb. to May 2022**

Last 4 digits of account number
**6704**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Simply, Inc.** | | Case number (if known) | **22-22242** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Line Financial Corp.** | Describe debtor's property that is subject to a lien | $336,841.69 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Blanket Lien** | | |

**921 West New Hope Drive**
**Cedar Park, TX 78613**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

**erica.axani@nextedgecapit**
**al.com**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**11/23/2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,962,061.26 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**Simply, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) __**22-22242**__

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,285.72** |
|---|---|---|---|

**Carlos Alfredo Carrasco**
**2940 NW 9th Ave.**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Severance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,714.29** |
|---|---|---|---|

**Carlos Felipe Rezk**
**799 Crandon Blvd. Apt. 607**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Severance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,769.23** |
|---|---|---|---|

**CH Retail Fund II/San Marcos Lyndon II L**
**500 W 5th St Ste 700**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Guaranty of lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,024,493.00** |
|---|---|---|---|

**City National Bank of Florida**
**100 SE 2nd St., 13th Floor**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __3/10/2021__
**Last 4 digits of account number** __8507__

Basis for the claim: __PPP Loan (application for forgiveness has been filed)__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Simply, Inc.** | Case number (if known) | **22-22242** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$725.52** |
|---|---|---|---|

**Computershare**
**Dept. CH 19228**
**Palatine, IL 60055-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,431.54** |
|---|---|---|---|

**DN8TT Inc**
**14021 E Ayesbury Cir**
**Wichita, KS 67228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Guaranty of lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026,234.03** |
|---|---|---|---|

**Dorsey & Whitney LLP**
**P.O. Box 1680**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Legal services**

**Last 4 digits of account number  7481**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,915.72** |
|---|---|---|---|

**Dunedin Ventures LLC**
**1125 Trowbridge Way**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Guaranty of lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,490.60** |
|---|---|---|---|

**Durbin Park Pavilion LLC**
**7775 Baymeadows Way Ste 300**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Guaranty of lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,315.70** |
|---|---|---|---|

**FUQUA BCDC PEACHTREE CORNERS**
**PROJECT OWN**
**3575 Piedmont Rd NE Ste 800**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Guaranty of lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,416,849.00** |
|---|---|---|---|

**GameStop Corp.**
**625 Westport Parkway**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/11/2020**

Basis for the claim:  **Note payable**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Simply, Inc. | Case number (if known) | 22-22242 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,980.90 |
|---|---|---|---|

**GKT Shoppes at Legacy Park LLC**
**211 N Stadium Blvd Ste 201**
**Columbia, MO 65203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glimcher MJC - Mall at Johnson City**
**PO Box 1953**
**Columbus, OH 43260-1953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,287.00 |
|---|---|---|---|

**Gold Finch Real Estate LLC**
**PO Box 2403**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,150.00 |
|---|---|---|---|

**Hillcrest Holdings LLC**
**PO Box 564**
**Johnson, AR 72741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,537.40 |
|---|---|---|---|

**JLV-VASI LLC**
**PO Box 674288**
**Marietta, GA 30006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,781.37 |
|---|---|---|---|

**Joseph Urbana Investments LLC**
**5001 N University**
**Peoria, IL 61614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,000.00 |
|---|---|---|---|

**Kaufman Rossin**
**3310 Mary St. Ste. 501**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8000**

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Simply, Inc.** | Case number (if known) | **22-22242** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Kevin Taylor**
**80 Compass Lane**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred  3/31/22

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,714.29**

**Marlio Mauricio Diaz**
**1240 Campamento Ave.**
**Miami, FL 33156**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,042.00**

**Mary U Parks Three LLC**
**8516 Old McGregor Road**
**Waco, TX 76712**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Michael Galloro**
**33 Castlebar Rd.**
**Toronto, ON**
**Canada M8Z 2J4**

Date(s) debt was incurred  3/31/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,118.97**

**NP/O & G EastChase Property Owner LLC**
**PO Box 530194**
**Atlanta, GA 30353-0194**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,447.12**

**Orlando Outlet Owner, LLC**
**c/o Simon Property Group**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,091.25**

**PRNewswire**
**12051 Indian Creek Ct.**
**Beltsville, MD 20705**

Date(s) debt was incurred __

Last 4 digits of account number  4781

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Simply, Inc. | Case number (if known) | 22-22242 |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Revolution Brands International LLC**
10801 NW 9th St. Ste. 9
Miami, FL 33178

Date(s) debt was incurred  **3/13/2022 - 3/27/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,532,998.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Sandcreek Commons LLC**
PO Box 51298
Idaho Falls, ID 83405

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,722.74**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Saul Centers Inc.**
7501 Wisconsin Ave Ste 1500E
Bethesda, MD 20814-6522

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,269.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Sawgrass Mills GP LLC**
225 West Washington Street
Indianapolis, IN 46204-3438

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$149,294.62**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**SOL Global Investments Corp.**
100 King St. West Ste. 5600
Toronto, ON
Canada M5X 1C9

Date(s) debt was incurred  **8/5/21, 10/14/21,**
**10/21/21, & 11/5/21**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,135,000.00**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Southgate Mall Montana II LLC**
Dept: 00007121 L-3862
Columbus, OH 43260-3862

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,419.56**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Sports Corner of Mt Pleasant**
c/o Bethea Properties Inc
PO Box 7744
Myrtle Beach, SC 29572

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,153.92**

---

| Debtor | **Simply, Inc.** | Case number (if known) | **22-22242** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Stadium Centre**
**12700 Hill Country Blvd Ste T-200**
**Austin, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

$12,305.55

---

**3.34** | Nonpriority creditor's name and mailing address
**Sunrise Mills (MLP) Limited Partnership**
**c/o McKenna, McClausland & Murphy, P.A.**
**3020 NE 32nd Ave., Ste. 304**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred  **12/16/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Lease**

Is the claim subject to offset? ■ No  ☐ Yes

$30,000.00

---

**3.35** | Nonpriority creditor's name and mailing address
**The Plaza on University**
**12700 Hill Country Blvd Ste T-200**
**Austin, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

$17,589.15

---

**3.36** | Nonpriority creditor's name and mailing address
**TKG Grant Creek Development LLC**
**211 N Stadium Blvd Ste 201**
**Columbia, MO 65203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

$4,911.02

---

**3.37** | Nonpriority creditor's name and mailing address
**Town North Shopping Center LLC**
**14160 Dallas Pkwy Ste 800**
**Dallas, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

$13,356.82

---

**3.38** | Nonpriority creditor's name and mailing address
**Trenhom Plaza**
**1221 Main Street Ste 1000**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease**

Is the claim subject to offset? ■ No  ☐ Yes

$23,271.01

---

**3.39** | Nonpriority creditor's name and mailing address
**Vern LoForti**
**2910 Murat St.**
**San Diego, CA 92117**

Date(s) debt was incurred  **9/25/19 to 6/10/22**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accrued vacation and severance**

Is the claim subject to offset? ■ No  ☐ Yes

$177,403.85

---

| Debtor | **Simply, Inc.** | Case number (if known) | **22-22242** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,829.50** |
|---|---|---|---|

**Whiteford, Taylor & Preston L.L.P.**
**Seven Saint Paul Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April-May 2022**

**Basis for the claim:**  **Legal services**

Last 4 digits of account number  **4806**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | | 5b. + | $ | **10,276,899.39** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | **10,276,899.39** |

**Fill in this information to identify the case:**

Debtor name **Simply, Inc.**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **22-22242**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Confidential Separation and Release of Claims Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carlos Alfredo Carrasco**<br>**2940 NW 9th Ave.**<br>**Miami, FL 33172** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Confidential Separation and Release of Claims Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carlos Felipe Rezk**<br>**799 Crandon Blvd. Apt. 607**<br>**Key Biscayne, FL 33149** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Stock Transfer Agency Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Computershare**<br>**Dept. CH 19228**<br>**Palatine, IL 60055-9228** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Confidential Separation and Release of Claims Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marlio Mauricio Diaz**<br>**1240 Campamento Ave.**<br>**Miami, FL 33156** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Simply, Inc.** | | | Case number (*if known*) | **22-22242** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease (Skyhouse) for Vern LoForti, CFO. Paid through 7/31/2022. 10/6/2022** | |
|---|---|---|---|
| | State the term remaining | | **North Temple Enterprises, LLC** |
| | List the contract number of any government contract | | **308 W. North Temple Salt Lake City, UT 84103** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage unit #3361** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Public Storage** |
| | List the contract number of any government contract | | **9890 Pacific Heights Blvd. San Diego, CA 92121** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Executive Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Reinier Voigt** |
| | List the contract number of any government contract | | **7276 NW 112th Avenue Parkland, FL 33076** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Agreement for 2022 and 2023 for IndyCar/Indy Lights Expires December 31, 2023** | |
|---|---|---|---|
| | State the term remaining | | **Steinbrenner Racing, LLC** |
| | List the contract number of any government contract | | **1 Steinbrenner Drive Tampa, FL 33614** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Executive Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vern LoForti** |
| | List the contract number of any government contract | | **2910 Murat St. San Diego, CA 92117** |

**Fill in this information to identify the case:**

Debtor name    **Simply, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **22-22242**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Breabeacon Holdings, Inc.** | **1680 Michigan Ave. Ste. 817**<br>**Miami Beach, FL 33139** | **Line Financial Corp.** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Simply Mac, Inc.** | **155 North 400 West, Suite 170**<br>**Salt Lake City, UT 84103** | **Line Financial Corp.** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Simply Mac, Inc.** | **155 North 400 West, Suite 170**<br>**Salt Lake City, UT 84103** | **Ingram Micro Inc.** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Simply Mac, Inc.** | **155 N. 400 West, Suite 170**<br>**Salt Lake City, UT 84103** | **Sunrise Mills (MLP) Limited Partnership** | ☐ D _____<br>■ E/F   **3.34**<br>☐ G _____ |
| 2.5 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **CH Retail Fund II/San Marcos Lyndon II L** | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |

| Debtor | **Simply, Inc.** | Case number *(if known)* | **22-22242** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **DN8TT Inc** | ☐ D _____<br>☑ E/F __3.6__<br>☐ G _____ |
| 2.7 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **Dunedin Ventures LLC** | ☐ D _____<br>☑ E/F __3.8__<br>☐ G _____ |
| 2.8 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **Durbin Park Pavilion LLC** | ☐ D _____<br>☑ E/F __3.9__<br>☐ G _____ |
| 2.9 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **FUQUA BCDC PEACHTREE CORNERS PROJECT OWN** | ☐ D _____<br>☑ E/F __3.10__<br>☐ G _____ |
| 2.10 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **GKT Shoppes at Legacy Park LLC** | ☐ D _____<br>☑ E/F __3.12__<br>☐ G _____ |
| 2.11 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **Glimcher MJC - Mall at Johnson City** | ☐ D _____<br>☑ E/F __3.13__<br>☐ G _____ |
| 2.12 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **Gold Finch Real Estate LLC** | ☐ D _____<br>☑ E/F __3.14__<br>☐ G _____ |
| 2.13 | **Simply Mac, Inc.** | **155 N 400 West Ste 170**<br>**Salt Lake City, UT 84103** | **Hillcrest Holdings LLC** | ☐ D _____<br>☑ E/F __3.15__<br>☐ G _____ |

| Debtor | **Simply, Inc.** | Case number *(if known)* | **22-22242** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **JLV-VASI LLC** | ☐ D _____ ■ E/F ___3.16___ ☐ G _____ |
| 2.15 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **Joseph Urbana Investments LLC** | ☐ D _____ ■ E/F ___3.17___ ☐ G _____ |
| 2.16 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **Mary U Parks Three LLC** | ☐ D _____ ■ E/F ___3.21___ ☐ G _____ |
| 2.17 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **NP/O & G EastChase Property Owner LLC** | ☐ D _____ ■ E/F ___3.23___ ☐ G _____ |
| 2.18 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **Orlando Outlet Owner, LLC** | ☐ D _____ ■ E/F ___3.24___ ☐ G _____ |
| 2.19 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **Saul Centers Inc.** | ☐ D _____ ■ E/F ___3.28___ ☐ G _____ |
| 2.20 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **Sawgrass Mills GP LLC** | ☐ D _____ ■ E/F ___3.29___ ☐ G _____ |
| 2.21 | **Simply Mac, Inc.**   155 N 400 West Ste 170 Salt Lake City, UT 84103 | **Southgate Mall Montana II LLC** | ☐ D _____ ■ E/F ___3.31___ ☐ G _____ |

| Debtor | **Simply, Inc.** | | Case number *(if known)* | **22-22242** |

---

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **Sports Corner of Mt Pleasant** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.23 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **Stadium Centre** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.24 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **The Plaza on University** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.25 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **TKG Grant Creek Development LLC** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.26 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **Town North Shopping Center LLC** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.27 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **Trenhom Plaza** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.28 **Simply Mac, Inc.** | 155 N 400 West Ste 170<br>Salt Lake City, UT 84103 | **Sandcreek Commons LLC** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.29 **Vern LoForti** | 2910 Murat St.<br>San Diego, CA 92117 | **North Temple Enterprises, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |

**Fill in this information to identify the case:**

Debtor name __**Simply, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) __**22-22242**__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **2/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $16,866,697.00 |
| **For prior year:**<br>From  **2/01/2021** to  **1/31/2022** | ■ Operating a business<br>☐ Other _____ | $79,111,000.00 |
| **For year before that:**<br>From  **2/01/2020** to  **1/31/2021** | ■ Operating a business<br>☐ Other _____ | $68,024,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Simply, Inc.** | Case number *(if known)* | **22-22242** |
| --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **Ryan LLC**<br>**Three Galleria Tower**<br>**13155 Noel Road**<br>**Suite 100**<br>**Dallas, TX 75240-5090** | 6/10/2022 | $104,306.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **May/June 2022 sales taxes and fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. **Kevin Taylor**<br>**80 Compass Lane**<br>**Fort Lauderdale, FL 33308**<br>**Director** | **7/12/21,<br>10/7/21, &<br>1/3/22** | $45,000.00 | **Board fees** |
| 4.2. **Michael Galloro**<br>**33 Castlebar Rd.**<br>**Toronto, ON**<br>**Canada M8Z 2J4**<br>**Director** | **7/12/21,<br>10/7/21, &<br>1/3/22** | $45,000.00 | **Board fees** |
| 4.3. **Vern LoForti**<br>**2910 Murat St.**<br>**San Diego, CA 92117**<br>**CFO** | **Semi-monthl<br>y payroll** | $205,000.00 | **Payroll** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Simply, Inc.** | Case number *(if known)* | **22-22242** |
|---|---|---|---|

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sunrise Mills (MLP) Limited Partnership v. Simply Mac, Inc. and Simply, Inc.**<br>CACE-22-008525 | Contract | **17th Judicial Circ. Ct.**<br>**Broward Cnty FL**<br>**Broward County Judicial Complex**<br>**201 SE 6th St.**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Deborah Donoghue v. SOL Global Investments Corp., Verano Blocker 1, LLC, and Simply, Inc.**<br>1:22-cv-1007 | Short swing profits in violation of Securities Exchange Act. Simply, Inc. is nominal defendant. | **S.D.N.Y.**<br>**40 Foley Square**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **DataQuill, Limited v. Simply, Inc. and VeryKool USA, Inc.**<br>1:21-cv-22275 | Patent Infringement | **S.D. Fla.**<br>**400 N. Miami Ave.**<br>**Miami, FL 33128** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Simply, Inc.** | | Case number *(if known)* **22-22242** |
| --- | --- | --- | --- |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Dorsey & Whitney LLP 111 S. Main Street Suite 2100 Salt Lake City, UT 84111-2176** | **Attorney Fees** | **6/9/2022** | **$15,000.00** |
| | Email or website address **waterman.steven@dorsey.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Dorsey & Whitney LLP 111 S. Main Street Suite 2100 Salt Lake City, UT 84111-2176** | **Attorney Fees for Simply Mac, Inc.** | **6/9/2022** | **$35,000.00** |
| | Email or website address **waterman.steven@dorsey.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Revolution Brands International LLC 10801 NW 9th St. Ste. 9 Miami, FL 33178** | **2,279,635 shares of Simply, Inc. with value of $5,471,124 at time of transfer in exchange for satisfaction of trade liabilities totaling $3,191,489.19** | **3/31/2022** | **$5,471,124.00** |
| | Relationship to debtor **Creditor & significant shareholder** | | | |

**Part 7:** **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor    **Simply, Inc.**                                              Case number *(if known)* **22-22242**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3636 Nobel Dr. Ste. 325**<br>**San Diego, CA 92122** | **10/1/2012 - 9/30/2017** |
| 14.2. | **4435 Eastgate Mall**<br>**Suite 320**<br>**San Diego, CA 92121** | **10/1/2017 - 9/30/2018** |
| 14.3. | **4445 Eastgate Mall**<br>**Suite 200**<br>**San Diego, CA 92121** | **10/1/2018 - 4/8/2020** |
| 14.4. | **48 NW 25th St.**<br>**Suite 108**<br>**Miami, FL 33122** | **3/12/2018 - 6/6/2019** |
| 14.5. | **2001 NW 84th Ave.**<br>**Miami, FL 33122** | **6/6/2019 - 11/7/2021** |
| 14.6. | **1680 Michigan Ave.**<br>**Suite 817**<br>**Miami Beach, FL 33139** | **11/7/2021 - 4/5/2022** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐  No. Go to Part 10.
    ■  Yes. Does the debtor serve as plan administrator?

        ☐  No Go to Part 10.
        ■  Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Infosonics Corporation, Inc. 401 (k) Plan** | EIN:  **33-0599368** |

        Has the plan been terminated?
        ☐ No
        ■ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Simply, Inc.** | Case number *(if known)* **22-22242** |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**9890 Pacific Heights Blvd.**<br>**San Diego, CA 92121** | **Vern LoForti**<br>**2910 Murat St.**<br>**San Diego, CA 92117** | **Old company paper books and records up to 2019. Space #3361. Phone number is (858) 257-0918.** | ☐ No<br>■ Yes |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Debtor | **Simply, Inc.** | | Case number *(if known)* | **22-22242** |

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **Cooltech Corp. 44 Victoria St. Ste. 1103 Toronto, ON Canada M5C 1Y2** | **Holding company** | EIN:  **N/A** From-To  **5/2/2016 - present** |
| 25.2. | **Cooltech Distribution LLC 2001 NW 84th Ave. Miami, FL 33122** | **Distribution company** | EIN:  **46-2645954** From-To  **4/26/2013 - 10/15/2021** |
| 25.3. | **Cooltech Holding Corp. 701 S. Carson St. Ste. 200 Carson City, NV 89701** | **Holding company** | EIN:  **81-4963163** From-To  **10/3/2016 to present** |
| 25.4. | **InfoSonics de Guatamala SA Av. Reforma 12-01, Zona 10 Edif. Reforma Montufar Ofc. 204 Torre V. Ciudad de Guatamala Guatamala  01010** | **Distribution company** | EIN:  **N/A** From-To  **11/25/2004 - 10/15/2021** |
| 25.5. | **InfoSonics de Mexico SA de CV Cuauhtemoc Bo. 1711-401A Zona Rio Tiajuana, Baja California 22010 Mexico** | **Distribution company** | EIN:  **N/A** From-To  **7/29/1997 - present** |

| Debtor | **Simply, Inc.** | Case number *(if known)* **22-22242** |
|--------|------------------|----------------------------------------|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.6.  **InfoSonics de Panama**<br>**Unknown**<br>**Panama** | **Distribution company** | **EIN:**    **N/A**<br><br>**From-To**   **Unknown - present** |
| 25.7.  **InfoSonics El Salvador SA de CV**<br>**Paseo General Escalon**<br>**No. 4714-C**<br>**San Salvador**<br>**El Salvador** | **Distribution company** | **EIN:**    **N/A**<br><br>**From-To**   **2/3/2005 - 10/15/2021** |
| 25.8.  **InfoSonics Latin America, Inc.**<br>**4445 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **Holding company** | **EIN:**    **20-3467851**<br><br>**From-To**   **11/2/2004 - 10/15/2021** |
| 25.9.  **OneClick Argentino SRL**<br>**Rosario, Argentina** | **Apple reseller** | **EIN:**    **N/A**<br><br>**From-To**   **Unknown - 1/31/2020** |
| 25.10  **OneClick International, LLC**<br>·      **2001 NW 84th Ave.**<br>**Miami, FL 33122** | **Holding company** | **EIN:**    **81-2988048**<br><br>**From-To**   **6/13/2016 - 10/15/2021** |
| 25.11  **OneClick License LLC**<br>·      **2001 NW 84th Ave.**<br>**Miami, FL 33122** | **Apple reseller** | **EIN:**    **81-2664373**<br><br>**From-To**   **5/13/2016 - 1015/2021** |
| 25.12  **Simply Mac, Inc.**<br>·      **155 N. 400 W., Ste. 170**<br>**Salt Lake City, UT 84103** | **Apple Premier Partner** | **EIN:**    **20-5434047**<br><br>**From-To**   **8/24/2006 - present** |
| 25.13  **Tekart LLC**<br>·      **2001 NW 84th Ave.**<br>**Miami, FL 33122** | **Distribution company** | **EIN:**    **82-3611547**<br><br>**From-To**   **12/2/2017 - 10/15/2021** |
| 25.14  **Verablue Caribbean Group SRL**<br>·      **Avenue Roberto Pastoriza**<br>**No. 453**<br>**Santo Domingo**<br>**Domincan Republic** | **Apple reseller** | **EIN:**    **N/A**<br><br>**From-To**   **12/6/2016 - 4/6/2020** |
| 25.15  **verykool Hong Kong Limited**<br>·      **Suite 3313, Tower One**<br>**Times Square**<br>**1 Matheson St.**<br>**Causeway, Hong Kong** | **Distribution company** | **EIN:**    **N/A**<br><br>**From-To**   **Unknown - 3/29/2019** |
| 25.16  **Verykool USA, Inc.**<br>·      **7 Paul St. Ste. 820**<br>**Baltimore, MD 21202** | **Holding company** | **EIN:**    **26-1990438**<br><br>**From-To**   **2/14/2008 - 10/15/2021** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Simply, Inc.** | | Case number *(if known)* | **22-22242** |
|---|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.17. **verykool Wireless Technology Limited Beijing and Shenzhen China** | **Andoird design company** | **Dates business existed**<br>EIN:    **N/A**<br><br>From-To    **Unknown - 8/14/2019** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Vern LoForti**<br>**308 W. North Temple, #533**<br>**Salt Lake City, UT 84103** | **9/25/2019 - present** |
| 26a.2.    **Daren Haws**<br>**4103 W. Great Neck Dr.**<br>**South Jordan, UT 84009** | **3/2/2020 - present** |
| 26a.3.    **Paul Rowberry**<br>**4702 W. Copper Brook Circle**<br>**West Jordan, UT 84088** | **9/25/2019 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Kaufman Rossin**<br>**3310 Mary St. Ste. 501**<br>**Miami, FL 33133** | **2019 audit through May 2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Vern LoForti**<br>**308 W. North Temple #533**<br>**Salt Lake City, UT 84103** | **Corporate office and online/cloud storage** |
| 26c.2.    **Daren Haws**<br>**4103 W. Great Neck Dr.**<br>**South Jordan, UT 84009** | **Corporate office and online/cloud storage** |
| 26c.3.    **Paul Rowberry**<br>**4702 W. Copper Brook Circle**<br>**West Jordan, UT 84088** | **Corporate office and online/cloud storage** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Debtor | **Simply, Inc.** | | Case number *(if known)* | **22-22242** |
|---|---|---|---|---|

| Name and address |
|---|
| 26d.1. | **Security and Exchange Commission** |

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Taylor | 80 Compass Lane<br>Fort Lauderdale, FL 33308 | Board Chairman | 1.35% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Galloro | 33 Castlebar Rd.<br>Toronto, ON<br>Canada M8Z 2J4 | Board Member | 1.42% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Reinier Voigt | 7276 NW 112th Avenue<br>Parkland, FL 33076 | CEO, Board Member | 1.47% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vern LoForti | 2910 Murat St.<br>San Diego, CA 92117 | CFO | 0.026% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | Kevin Taylor<br>80 Compass Lane<br>Fort Lauderdale, FL 33308 | $45,000 | 7/1/2021,<br>10/7/2021, &<br>1/3/2022 | Board fees |
| | Relationship to debtor<br>Board Chairman | | | |

---

| Debtor | **Simply, Inc.** | Case number *(if known)* | **22-22242** |

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.2. | **Michael Galloro**<br>**33 Castlebar Rd.**<br>**Toronto, ON**<br>**Canada M8Z 2J4** | $45,000 | **7/12/2021,**<br>**10/7/2021, &**<br>**1/3/2022** | **Board fees** |
| | **Relationship to debtor**<br>**Board Member** | | | |
| 30.3. | **Vern LoForti**<br>**2910 Murat St.**<br>**San Diego, CA 92117** | $205,000 | **Semi-monthly** | **Payroll** |
| | **Relationship to debtor**<br>**CFO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 28, 2022**

**/s/ Reinier Voigt**
Signature of individual signing on behalf of the debtor

**Reinier Voigt**
Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes